## COLERICK v. RHOADS.

APPEAL from the *Allen* Circuit Court.

*Per Curiam.*—This cause was dismissed in the Circuit Court, where it was pending on appeal, because there was no judgment rendered before the justice. The transcript shows that a judgment was rendered.

Reversed with costs; cause remanded for further trial.

*D. H. & John Colerick*, for the appellant.

---

## SIMPSON v. SHAFER.

APPEAL from the *Henry* Common Pleas.

*Per Curiam.*—The record in this case contains the evidence. On the question of usury there is no conflict and the evidence is conclusive that an amount of usurious interest was paid, which should be taken out of the note sued on. There can be no doubt on this point. The plaintiff below offered, at one time, to remit 60 dollars, but afterwards withdrew the offer.

If the plaintiff below will remit that amount in this Court the judgment will be affirmed, with costs of this Court taxed to the appellee, the costs below to the appellant, the defendant below.

If the plaintiff below will not remit the above amount, the judgment will be reversed with costs, and the cause remanded for another trial.

*Mellett, Martindale & Grubbs*, for the appellant.

*James Brown*, for the appellee.